IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER ANTHONY DIXON, AIS #253258, Petitioner, | ) ) ) ) |
| v. | ) CIVIL ACTION NO. 19-00026-WS-N ) |
| REOSHA BUTLER, *Warden*, G.K. Fountain Correctional Facility Respondent. | ) ) ) ) ) |

## ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 19) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(R), and dated February 3, 2022, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Roger Anthony Dixon's motion to correct a clerical error (Doc. 18) is **GRANTED** and the corrected submission (Doc. 18-1) is treated as the operative habeas petition. Dixon's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 18-1) is **DISMISSED with prejudice** and his motion for an evidentiary hearing (Doc. 17) is **DENIED.** Further, the Court finds that Dixon is not entitled to either a Certificate of Appealability or to appeal *in forma pauperis*. Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 18th day of February, 2022.

/s/William H. Steele
**WILLIAM H. STEELE**
**UNITED STATES DISTRICT JUDGE**